W. KIRK MOORE Bar # 244764
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone:  866-339-1156
Email: wmo@legalhelpers.com

Attorney for Plaintiff
RICK ANGELINI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini<br>2009 Parrott Drive<br>San Mateo, CA 94402<br><br>     Plaintiff,<br><br>v.<br><br>Co-Operative Adjustment Bureau<br>c/o Larry W. Ashland, Registered Agent<br>360 Civic Drive, Suite B<br>Pleasant Hill, CA 94523<br><br>     Defendant. | CASE NO.:<br><br>JUDGE:<br><br><br><br><br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT<br>COLLECTION PRACTICES ACT<br>AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper in this district because this is the judicial district where all of the events giving rise to the cause of action took place.

**FACTS COMMON TO ALL COUNTS**

2. The Plaintiff is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. The Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a "debt" as defined by 15 U.S.C. §1692a(5).

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.

8. All of Defendant's actions occurred within one year of the date of this Complaint.

9. On or around June 22, 2007, Defendant contacted Plaintiff via telephone and told Plaintiff that if payment was not received within 11 days, a judgment would be entered against Plaintiff.

10. During the communication addressed above, Plaintiff replied to Defendant's threat by stating that he should be able to defend himself in court and Defendant replied that Plaintiff could not defend himself.

11. As a result of the communication referenced in paragraph 9, Plaintiff thought that if he did not pay debt in 11 days that Defendant would enter a judgment against him.

12. Plaintiff is emotionally distraught and has been compelled to hire counsel to prosecute this action.

13. Defendant has damaged Plaintiff emotionally and mentally and has caused substantial anxiety and stress.

14. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collections Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. The Defendant violated 15 U.S.C. §1692e, generally, by having non-attorneys overtly state that they could control the decision to litigate and the timing and scope of the litigation, when in fact this would be an attorney decision.

## COUNT TWO

### Violation of the Fair Debt Collections Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect a debt.

## COUNT THREE

### Violation of the Fair Debt Collections Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. The Defendant violated 15 U.S.C. §1692e by making misrepresentations during its conversations with Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collections Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. The Defendant violated 15 U.S.C. §1692e in that it threatened legal action where such action was not contemplated, and stated for the sole purpose of terrifying the Plaintiff.

## JURY DEMAND

23. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

                  RESPECTFULLY SUBMITTED,

                  Legal Helpers, P.C.

                  By:     s/ W. Kirk Moore
                      W. Kirk Moore
                      Bar # 244764
                      Attorney for Plaintiff
                      564 Market Street, Ste. 300
                      San Francisco, CA 94104
                      Telephone: 866-339-1156
                      Email: wmo@legalhelpers.com