RALPH L. POLLARD, ESQ. CA SBN 95975
360 Civic Drive, Suite 3E
Pleasant Hill, CA 94523
Telephone: (925) 305-2687
Fax: (925) 305-2676
E-MAIL: rlpesq@coopadj.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ANGELINI, ) | Case No.: C07 5177 EMC |
| Plaintiff, ) | CO-OPERATIVE ADJUSTMENT BUREAU, INC.'S ANSWER TO COMPLAINT. |
| vs. ) | |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., ) | |
| Defendant ) | |

Comes now defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., a California Corporation, and in response to plaintiff's complaint herein admits, denies, and alleges as follows:

1.

Defendant admits the allegations contained in paragraphs 1-8 of the complaint.

2.

Defendant denies the allegations contained in paragraphs 9, 10, 13, and 14, and has no information sufficient to answer paragraphs 11 and 12, and placing its denial on that ground denies these allegations of the complaint.

3.

As to each count of the complaint, one, two, three and four, defendant answers the first sentence (numbered 15, 17, 19, and 21) of each count by incorporating by reference the admissions and denials set forth in paragraphs 1. and 2. above to plaintiff's allegations common to all counts; defendant denies the second sentence of each count (numbered 16, 18, 20, and

ANSWER TO COMPLAINT - 1

22), and by way of further answer expressly denies that it violated any provision of the Fair Debt Collection Practices Act 15 U.S.C. §§ 1692 et seq.

4.

As a first affirmative defense, defendant alleges plaintiff's conduct is barred by the doctrine of unclean hands as set forth in California Civil Code § 3517, as a result of plaintiff's conduct in causing or contributing to the damages alleged by plaintiff and in particular by plaintiff's use of deceptive practices in his transactions with defendant.

5.

As a second affirmative defense, defendant alleges plaintiff has brought this action in bad faith and for the purpose of harassing defendant, and defendant is therefore entitled to recover its costs and attorney fees pursuant to 15 U.S.C. § 1692k (a) (3).

6.

Reservation of rights; this answering defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates the same would be appropriate.

WHEREFORE, DEFENDANT PRAYS:

    (1) That plaintiff take nothing from defendant;

    (2) That defendant be awarded costs of suit and reasonable attorney fees;

    (3) And for such other and further relief as to the court seems just and proper.

Dated: December 5, 2007

Ralph L. Pollard, Attorney for defendant,
CO-OPerative Adjustment Bureau, Inc.

## PROOF OF SERVICE

In the United States District Court, Northern District of California)
                                                                   )
Angelini v. Co-Op    Case No.: C07-5177 EMC                        )

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action. My business address is 360 Civic Dr., Suite B, Pleasant Hill, CA 94523.

On the date shown below, I served the following document:

**CO-OPERATIVE ADJUSTMENT BUREAU, INC.'S ANSWER TO COMPLAINT**

On the following parties in the manner indicated below:

W. Kirk Moore

Legal Helpers, PC

564 Market St., Suite 300

San Francisco, CA 94104


[ X ] (BY MAIL) The document(s) were placed in a sealed envelope with postage fully prepaid and mailed by depositing directly in the U.S. Mail at Pleasant Hill, CA.

[   ] (BY FACSIMILE) The document(s) were transmitted by facsimile to the phone numbers set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 6, 2007, at Pleasant Hill, California.

Adam Carlson