Ralph L. Pollard, Esq.    CA SBN95975
360 Civic Dr., Suite B
Pleasant Hill, CA 94523
(925) 305-2687
rlpesq@coopadj.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rick Angelini,

        Plaintiff(s),

v.

Co-Operative Adjustment Bureau, Inc., et al.,

        Defendant(s).
_____/

Case No. C 07 5177 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 19, 2007

                                                       /s/ Ralph L. Pollard
                                                     Signature

Counsel for: Co-Operative Adjustment
(Name of party or indicate "pro se")