```
Ralph L. Pollard, Esq.    CA SBN95975
360 Civic Dr., Suite B
Pleasant Hill, CA 94523
(925) 305-2687
rlpesq@coopadj.com
Attorney for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rick Angelini,

          Plaintiff(s),

v.

Co-Operative Adjustment Bureau, Inc., et al.,

          Defendant(s).

Case No. C 07 5177 EMC

**FIRST AMMENDED** CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 19, 2007

                                                    *Ralph L. Pollard*
                                                    Signature

Counsel for: Co-Operative Adjustment
(Name of party or indicate "pro se")

PROOF OF SERVICE

In the United States District Court, Northern District of California)

Angelini v. Co-Op    Case No.: C07-5177 EMC

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action. My business address is 360 Civic Dr., Suite B, Pleasant Hill, CA 94523.

On the date shown below, I served the following document:

**CO-OPERATIVE'S CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

On the following parties in the manner indicated below:

| | |
|---|---|
| W. Kirk Moore | United States District Court |
| Legal Helpers, PC | Northern District of California |
| 564 Market St., Suite 300 | 450 Golden Gate Ave., 16th Floor |
| San Francisco, CA 94104 | San Francisco, CA 94102 |

[ X ] (BY MAIL) The document(s) were placed in a sealed envelope with postage fully prepaid and mailed by depositing directly in the U.S. Mail at Pleasant Hill, CA.

[ ] (BY FACSIMILE) The document(s) were transmitted by facsimile to the phone numbers set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 19, 2007, at Pleasant Hill, California.

Adam Carlson