W. KIRK MOORE Bar # 244764
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone: 866-339-1156
Email: wmo@legalhelpers.com

Attorney for Plaintiff
RICK ANGELINI

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini<br><br>    Plaintiff,<br><br>v.<br><br>Co-Operative Adjustment Bureau<br><br>    Defendant. | CASE NO.: 3:07-cv-05177-EMC<br><br>JUDGE: Edward M. Chen<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 21, 2007, Plaintiff's Consent to Proceed Before A United States Magistrate Judge was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Ralph L. Pollard CA SBN 95975
Attorney at Law
rlpesq@coopadj.com

                                                RESPECTFULLY SUBMITTED,

                                                Legal Helpers, P.C.

                                                By:    s/W. Kirk Moore
                                                      Wi Kirk Moore
                                                      Bar # 244764
                                                      Attorney for Plaintiff
                                                      564 Market Street, Ste. 300
                                                      San Francisco, CA 94104
                                                      Telephone: 866-339-1156
                                                      Email: wmo@legalhelpers.com