UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK ANGELINI<br><br>Plaintiff,<br><br>v.<br><br>CO-OPERATIVE ADJUSTMENT BUREAU,<br><br>Defendant. | CASE No. 3:07-cv-5177 EMC<br><br>JUDGE: Chen<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Richard John Meier, an active member in good standing of the bar of the Northern District of Illinois, whose business address and telephone number is: Legal Helpers, P.C.; 20 West Kinzie Street, Suite 1300; Chicago, IL 60610; (866) 339-1156, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Rick Angelini.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic case Filing*.

**IT IS SO ORDERED**

Dated: 01/02/08

Edward M. Chen
United States Magistrate Judge