```
Ralph L. Pollard, Esq., CA SBN 95975
360 Civic Dr., Suite B
Pleasant Hill, CA 94523
Phone:     (925) 305-2687
Facsimile: (925) 305-2676
E-mail:    rlp@coopadj.com
```

Attorney for Defendant

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ANGELINI, ) | Case No. C 07-05177-EMC |
|     Plaintiff, ) | |
| v. ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Co-Operative Adjustment Bureau, ) | |
|     Defendant. ) | |
| _____ ) | |

CERTIFICATION OF INTERSTED ENTITIES OR PERSONS

"Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 7, 2008                    Law Office of Ralph L. Pollard, Esq.

                                          By: _____//s//_____

                                          Ralph L. Pollard, Esq.,

                                          Attorney for Defendant

PROOF OF SERVICE

In the United States District Court, Northern District of California)
)
Angelini v. Co-Op    Case No.: C 07-05177-EMC            )

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action. My business address is 360 Civic Dr., Suite B, Pleasant Hill, CA 94523.

On the date shown below, I served the following document:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

On the following parties in the manner indicated below:

Counsel for Plaintiff Angelini:

Richard John Meier

Legal Helpers, P.C.

20 west Kinzie St., Suite 1300

Chicago, IL 60610

[ X ] (BY MAIL)  The document(s) were placed in a sealed envelope with postage fully prepaid and mailed by depositing directly in the U.S. Mail at Pleasant Hill, CA.

[   ] (BY FACSIMILE)  The document(s) were transmitted by facsimile to the phone numbers set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 7, 2008, at Pleasant Hill, California.

_____//s//_____

Adam Carlson