RICHARD JOHN MEIER
Legal Helpers, P.C.
20 West Kinzie Street
Suite 1300
Chicago, IL 60610
Telephone: 866.339.1156
rjm@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini | CASE No.: C 07-05177-EMC |
| Plaintiff, | JUDGE: Chen |
| v. | |
| Co-Operative Adjustment Bureau, | **PLAINTIFF'S UNOPPOSED MOTION TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and respectfully requests the Court to permit Plaintiff's Attorney, Richard J. Meier, to attend the Case Management Conference, scheduled for January 16, 2008, telephonically.  Plaintiff's Motion is merited since Mr. Meier is employed at Legal Helpers, P.C.'s National Headquarters in Chicago, IL and Mr. Meier's physical attendance at the Case Management Conference would impose unnecessary costs and expenses on Plaintiff.  Plaintiff's counsel conferred with Defendant's counsel, Ralph L. Pollard, on January 4, 2008 and Mr. Pollard consented to this Motion without reservation.

Therefore, for the foregoing reasons, Plaintiff respectfully requests that this Court allow Plaintiff's counsel to attend the Case Management Conference presently set for January 16, 2008 vie telephone. If Plaintiff's Motion is granted, the Court may reach Attorney Meier directly at **312-753-7574,** or instruct Counsel to initiate the call.

> RESPECTFULLY SUBMITTED,
>
> Legal Helpers, P.C.
>
> By:     */s/ Richard J. Meier*
>       Richard J. Meier
>       Attorney for Plaintiff
>       20 West Kinzie; Suite 1300
>       Chicago, IL 60610
>       Telephone: 1.866.339.1156
>       rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

>       */s/ Richard J. Meier*