# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini | CASE No.: C 07-05177-EMC |
|     Plaintiff, | JUDGE: Chen |
| v. | |
| Co-Operative Adjustment Bureau, | **(Proposed) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |
|     Defendant. | |

For good cause shown, the Court hereby Grants Plaintiff's Unopposed Motion to Attend the Case Management Conference Telephonically, which is currently set for January 16, 2008.

**IT IS SO ORDERED.**

_____
**Judge Chen**

Prepared by:

Legal Helpers, P.C.
Richard John Meier
Legal Helpers, P.C.
20 West Kinzie Street
Suite 1300
Chicago, IL 60610
Telephone: 866.339.1156
rjm@legalhelpers.com