# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini<br><br>　　　Plaintiff,<br><br>v.<br><br>Co-Operative Adjustment Bureau,<br><br>　　　Defendant. | CASE No.: C 07-05177-EMC<br><br>JUDGE: Chen<br><br><br>**(Proposed) SCHEDULING ORDER** |

　　　On January 4, 2008, the parties, by and through their respective counsel, conducted a discovery planning conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Appearing on behalf of the Plaintiff was Richard J. Meier, and appearing on behalf of the Defendant was Ralph L. Pollard.

**IT IS HEREBY ORDERED,**

1. The parties shall make their Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure no later than January 16, 2008.

2. The parties may amend their pleadings or join additional parties on or before February 22, 2008.

3. The Plaintiff shall disclose all expert witnesses, in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, no later than April 15, 2008.

4. The Defendant shall disclose all expert witnesses, in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, no later than May 15, 2008.

5. The Plaintiff shall disclose all rebuttal expert witnesses, in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, no later than June 13, 2008.

6. All discovery is to be completed by August 15, 2008.

7. All dispositive motion, together with briefs, are to be filed in accordance with Rule 56 of the Federal Rules of Civil Procedure no later than September 26, 2008.

8. A Final Scheduling Conference will be conducted on November 7, 2008.

**SO ORDERED.**

_____<br>Judge

Prepared by:

Legal Helpers, P.C.

By:   */s/ Richard J. Meier*
Richard John Meier
Legal Helpers, P.C.
20 West Kinzie Street
Suite 1300
Chicago, IL 60610
Telephone: 866.339.1156
rjm@legalhelpers.com

By:   */s/ Ralph L. Pollard*
Ralph L. Pollard
360 Civic Drive
Suite B
Pleasant Hill, CA 94523
Telephone: 925.305.2687
rlpesq@coopadj.com