UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini<br><br>    Plaintiff,<br><br>v.<br><br>Co-Operative Adjustment Bureau,<br><br>    Defendant. | CASE No.: C 07-05177-EMC<br><br>JUDGE: Chen<br><br><br>**(Proposed) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |

For good cause shown, the Court hereby Grants Plaintiff's Unopposed Motion to Attend the Case Management Conference Telephonically, which is currently set for January 16, 2008. Court will initial call to both counsel.

**IT IS SO ORDERED.**

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Prepared by:

Legal Helpers, P.C.
Richard John Meier
Legal Helpers, P.C.
20 West Kinzie Street
Suite 1300
Chicago, IL 60610
Telephone: 866.339.1156
rjm@legalhelpers.com