**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** January 16, 2008

**Case No:** C07-5177 EMC  **FTR Time:** 1:50-2:01 p.m.

**Case Name:** Rick Angelini v. Co-Operative Adjustment Bureau

   **Attorneys:**  Richard Meier for Plaintiff
   Ralph Pollard for Defendants

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held Telephonically

**ORDERED AFTER HEARING:**

This case is referred to the Alternative Dispute Resolution Program for mediation within 90 days. Trial will be set at next Status Conference if case not settle through mediation. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 04/23/08 at 2:30 p.m. for Status Conference.  A Joint Status Conference Statement shall be filed by 04/16/08.

cc: EMC