UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK ANGELINI,

        Plaintiff,

    v.

CO-OPERATIVE ADJUSTMENT BUREAU,

        Defendants.
_____/

Case No. C07-5177 EMC

**CASE MANAGEMENT AND PRETRIAL CONFERENCE ORDER**

Following the Case Management Conference held on **1/16/08,** a further telephonic case management conference is set for **4/23/08 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated joint case management conference statement is due **4/16/08.**

Pursuant to Fed.R.Civ.P. 16, IT IS ORDERED THAT the following case management and pretrial order is entered:

1. <u>TRIAL DATE</u>

A trial date has not been set. A date will be set at the next status conference should this case not settle at mediation.

2. <u>DISCOVERY</u>

There shall be no depositions until further ordered after mediation. The parties shall engage in only such written discovery and shall exchange documents as is reasonably needed prior to completion of mediation.

///

///

3. <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

This case is referred to the Alternative Dispute Resolution program for mediation. ADR is to be completed within 90 days.

Dated: January 18, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge