KITTY J. LIN
Legal Helpers, P.C.
564 Market St. #300
San Francisco, CA 94104
Tel: (415) 986-4442
kit@legalhelpers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini | CASE No.: C 07-05177-EMC |
| Plaintiff, | JUDGE: Chen |
| v. | |
| Co-Operative Adjustment Bureau, | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives Notice that Attorney Kitty J. Lin hereby enters her appearance for Plaintiff Rick Angelini in substitution of Attorney William K. Moore.  Further, Attorney Lin gives notice that she will be acting as local counsel to Attorney Richard J. Meier, who was admitted Pro Hac Vice in this case.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     */s/ Kitty J. Lin*
         Kitty J. Lin
         Legal Helpers, P.C.
         564 Market St. #300
         San Francisco, CA 94104
         Tel: (415) 986-4442
         kit@legalhelpers.com
         Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 6, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    */s/ Kitty J. Lin*