# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Angelini,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Co-Operative Adjustment Bureau,<br><br>　　　　Defendant(s). | No. C 07-05177 EMC MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _April 7, 2008_

2. Did the case settle?　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　☒ YES　　☐ NO

Dated: _April 7, 2008_

　　　　　　　　　　　　　　　　　　_/s/ Kent C. Jonas_
　　　　　　　　　　　　　　　　　　Mediator, Kent C. Jonas
　　　　　　　　　　　　　　　　　　Thelen Reid Brown Raysman & Steiner LLP
　　　　　　　　　　　　　　　　　　101 Second Street
　　　　　　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-3601

**Certification of ADR Session**
07-05177 EMC MED