UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Rick Angelini | Case No. C 07-05177-EMC |
| Plaintiff, | Judge: Chen |
| v. | |
| Co-Operative Adjustment Bureau, | **STIPULATION OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: *s/ Richard J. Meier*
Richard J. Meier
Attorney for Plaintiff
The Sears Tower
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
rjm@legalhelpers.com

The Offices of Ralph L. Pollard, LLC

By: *s/ Ralph L. Pollard*
Ralph L. Pollard
Attorney for Defendant
360 Civic Drive, Suite B
Pleasant Hill, CA 94523
Telephone: 312-609-7712
rlpesq@coopadj.com

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*